FILED
FEB 1 0 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **4:21CR00111 SRC/SRW** |
| v. ) | |
| ) | |
| MARC TRAGESSER, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

## GENERAL ALLEGATIONS

The Grand Jury charges that:

At all times relevant to this Indictment:

1. The Marble Hill (MO) Police Department ("MHPD") was a law enforcement agency in the Eastern District of Missouri;

2. Among other functions, the MHPD was responsible for investigating crimes occurring in Marble Hill, Missouri;

3. Members of the MHPD also assisted other municipal police departments located in and around the area on an "as needed" basis;

4. Defendant MARC TRAGESSER was employed by the MHPD as the Chief of Police;

5. Defendant MARC TRAGESSER was sworn to uphold the United States Constitution, as well as the laws of the State of Missouri.

1

## COUNT ONE
## [18 U.S.C. §242]

6. Paragraphs 1-5 of the General Allegations are incorporated by reference in this count.

7. On or about November 25, 2018, within the Eastern District of Missouri, the defendant,

## MARC TRAGESSER,

while acting under color of law, willfully deprived K.N.C. of the right to be free from unreasonable seizure, a right secured and protected by the Constitution and laws of the United States, which includes the right to be free from the use of unreasonable force and the right to be free from unlawful detention. In so doing, the defendant forcibly slammed K.N.C. against the wall, causing her glasses to fall off. Defendant then handcuffed K.N.C. and detained her in his patrol vehicle, demanding that K.N.C. relinquish custody of her children to a third party who had no legal right to custody. This offense resulted in bodily injury to K.N.C.

In violation of and punishable under Title 18, United States Code, Section 242.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY

_____
SIRENA MILLER WISSLER
ASSISTANT UNITED STATES ATTORNEY
111 S. 10th Street, 20th Floor
St. Louis, MO 63102

2