UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  4:21 CR 111 SRC |
| | ) |
| | ) |
| MARC TRAGESSER, | ) |
| | ) |
| Defendant. | ) |

## SUPERSEDING CRIMINAL INFORMATION

### COUNT ONE

The United States Attorney charges that:

At all times relevant to this Criminal Information:

1. The Marble Hill (MO) Police Department ("MHPD") was a law enforcement agency in the Eastern District of Missouri;

2. Among other functions, the MHPD was responsible for investigating crimes occurring in Marble Hill, Missouri;

3. Members of the MHPD also assisted other municipal police departments located in and around the area on an "as needed" basis;

4. Defendant MARC TRAGESSER was employed by the MHPD as the Chief of Police;

5. Defendant MARC TRAGESSER was sworn to uphold the United States Constitution, as well as the laws of the State of Missouri.

## COUNT ONE
## [18 U.S.C. §242]

6. Paragraphs 1-5 of the General Allegations are incorporated by reference in this count.

7. On or about November 25, 2018, within the Eastern District of Missouri, the defendant,

**MARC TRAGESSER,**

while acting under color of law, willfully deprived K.N.C. of the right to be free from unreasonable seizure, a right secured and protected by the Constitution and laws of the United States, which includes the right to be free from the use of unreasonable force and the right to be free from unlawful detention. In so doing, the defendant forcibly slammed K.N.C. against the wall, causing her glasses to fall off. Defendant then handcuffed K.N.C. and detained her in his patrol vehicle, demanding that K.N.C. relinquish custody of her children to a third party who had no legal right to custody.

In violation of and punishable under Title 18, United States Code, Section 242.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

_/s/ Sirena Miller Wissler_
SIRENA MILLER WISSLER, #55374MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Sirena Miller Wissler, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
Sirena Miller Wissler, #55374MO
ASSISTANT UNITED STATES ATTORNEY

Subscribed and sworn to before me on January 26th, 2022.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK